CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 7 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNIE MCFARLIN, | Civil Action No. 7:05CV00023 |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| K. J. BASSETT, et al., | |
| Defendants. | By: Samuel G. Wilson<br>United States District Judge |

Donnie McFarlin, a Virginia inmate at Keen Mountain Correctional Center, proceeding pro se, brings this 42 U.S.C. § 1983 action, claiming deliberate indifference to his medial needs. The court referred the matter to the United States Magistrate Judge for a report and recommendation on McFarlin's motion for summary judgment. The Magistrate Judge entered a Report and Recommendation pursuant to 28 U.S.C. § 636(b), recommending that the court deny McFarlin's motion. The ten days allotted under § 636(b) for the parties to object to the findings and recommendations in the Magistrate Judge's Report have expired; and no objections have been filed.

Thus, it is hereby **ORDERED** and **ADJUDGED** that McFarlin's motion for summary judgment is **DENIED**. The Clerk of the Court is directed to send certified copies of this Order to the plaintiff and to the counsel for defendants.

ENTER: This 7th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE